1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
7                           AT SEATTLE

8  LAWRENCE R. VALDEZ,

9                    Plaintiff,            Case No. C12-1977-JCC-BAT

10         v.                              **REPORT AND
                                           RECOMMENDATION**
11  CAROLYN W. COLVIN, Acting Commissioner
   of Social Security,
12
                     Defendant.
13

14        Lawrence R. Valdez seeks review of the denial of his Supplemental Security Income

15  application.  Dkt. 3.  The parties stipulate the case should be reversed and remanded for further

16  administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Dkt. 16.

17        The Court has considered the parties' stipulation and the record and recommends the case

18  be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g) for further

19  administrative proceedings.  On remand, the Administrative Law Judge will:

20        (1)    Consider the weight given to the opinion of Eric Norwood, M.P.S.T., that the

21               claimant could sit, stand, and walk for only 5 hours in an 8-hour day (Tr. 547);

22               and

23        (2)    Reconsider the claimant's residual functional capacity; and obtain supplemental

REPORT AND RECOMMENDATION - 1

1    vocational expert testimony as necessary.  The ALJ and plaintiff may raise and

2    pursue additional issues.

3    Plaintiff shall be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. §

4  2412(d), upon proper request to this Court.

5    Because the parties have stipulated that the case be remanded as set forth above, the Court

6  recommends that United States District Judge John C. Coughenour immediately approve this

7  Report and Recommendation and order the case **REVERSED** and **REMANDED** for further

8  administrative proceedings.  A proposed order accompanies this Report and Recommendation.

9    DATED this 28th day of May, 2013.

10

11    _____
      BRIAN A. TSUCHIDA
12    United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

REPORT AND RECOMMENDATION - 2